# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| ADAM SAUL FUTO and JAMES BARTLEY ELLIS, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>U.S. BANCORP; and U.S. BANCORP INVESTMENTS, INC.,<br><br>  Defendants. | Case No. 0:25-cv-01464-ECT-DJF<br><br>Honorable Judge Eric C. Tostrud<br>Magistrate Judge Dulce J. Foster |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME AND TO SET BRIEFING SCHEDULE**

This matter is before the Court on Defendants' Unopposed Motion for an Extension of Time and to Set a Briefing Schedule. After consideration, the Court finds that there is good cause for the motion and it is hereby **GRANTED.**

**IT IS THEREFORE ORDERED** that:

1. Defendants' deadline to answer, move, or otherwise respond to the Complaint is extended 45 days, to June 23, 2025;

2. Plaintiffs have up to and including August 14, 2025, to respond to Defendants' motion to dismiss; and

3. Defendants have up to and including September 15, 2025, to file a reply.

BY THE COURT:

Date: _____      _____
                                  DULCE J. FOSTER
                                  United States Magistrate Judge