# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: __25-cv-01464-ECT-DJF__

Case Title: __Futo et al v. U.S. Bancorp et al__

### Affidavit of Movant

I, __Catherine Sung-Yun K. Smith__, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice __James E. Cecchi__, an attorney admitted to practice and currently in good standing in the U.S. District Court for (please identify *ONE* specific district to which the attorney is admitted) __District of New Jersey__, but not admitted to the bar of this court, who will be counsel for the __x__ plaintiff ___ defendant __Adam Saul Futo and James Bartley Ellis__ in the case listed above.

I am aware that the local rules of this court require that throughout the pendency of this case counsel of record for the party listed above must include an active member in good standing of the bar of this court. I am also aware that this Court, in its discretion, may order that an active member in good standing of the bar of this court must participate actively in the preparation and/or presentation of this case.

Signature: __/s/Catherine Sung-Yun K. Smith__    Date: __6/16/25__

MN Attorney License #: __0353723__

1

## Affidavit of Proposed Admittee

I, __James E. Cecchi__, am currently a member in good standing of the U.S. District Court for the (please identify *__ONE__* specific district to which you are admitted) __District of New Jersey__, but am not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the moving attorney identified in this motion or another active member in good standing of the bar of this court must be counsel of record on behalf of the party listed above throughout the pendency of this case as required by LR 83.5(d). I further understand that although LR 83.5(d) does not itself require that such attorney participate in the preparation and presentation of the case, this Court, in its discretion, may order greater participation in the case by an active member in good standing of the bar of this court.

I confirm that I have read this District's Local Rules and understand that I must comply with those rules. I further understand that pursuant to LR 83.6(a), if this Court grants me admission pro hac vice I must comply with the Minnesota Rules of Professional Conduct. I further understand that the District of Minnesota is an electronic court and that I will receive service as required by Fed. R. Civ. P. 5(b) and 77(d) by electronic means and I understand that electronic notice will be in lieu of service by mail.

Signature: _[signature]_              Date: __June 16, 2025__

Typed Name: __James E. Cecchi__

Attorney License Number: __Bar ID # 03086 989__ issued by the State of __New Jersey__

Federal Bar Number (if you have one): _____

Law Firm Name: __Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C.__

Law Firm Address: __5 Becker Farm Road__

__Roseland, New Jersey__

__07068__

Main phone: __(201) 994-1700__              Direct line: (___) _____

E-mail address: __jcecchi@carellabyrne.com__

2