# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| ADAM SAUL FUTO and JAMES BARTLEY ELLIS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. BANCORP; and U.S. BANCORP INVESTMENTS, INC.,<br><br>Defendants. | Case No. 0:25-cv-01464-ECT-DJF<br><br>**PLAINTIFFS' MOTION TO APPOINT INTERIM CO-LEAD COUNSEL** |

Pursuant to Federal Rule 23(g), Plaintiffs Adam Saul Futo and James Bartley Ellis ("Plaintiffs"), individually and on behalf of all others similarly situated, respectfully and jointly move to appoint Gustafson Gluek PLLC, Kessler Topaz Meltzer & Check LLP, and Carella, Byrne, Cecchi, Brody & Agnello, P.C. as Interim Co-Lead Counsel for Plaintiffs and the putative class.

This Motion is based upon the Memorandum of Law, the Declaration of Catherine Sung-Yun K. Smith and exhibits attached thereto filed contemporaneously with this Motion, such argument as may be presented to the Court, and all the files, records, and proceedings in this matter.

1

DATED: June 18, 2025  Respectfully submitted,

*/s/Catherine Sung-Yun K. Smith*
Catherine Sung-Yun K. Smith (#0353723)
csmith@gustafsongluek.com
Daniel E. Gustafson (#0202241)
dgustafson@gustafsongluek.com
Shashi K. Gowda (#0401809)
sgowda@gustafsongluek.com
**GUSTAFSON GLUEK, PLLC**
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Tel.: (612) 333-8844

Joseph H. Meltzer (appearance *pro hac vice*)
jmeltzer@ktmc.com
Melissa L. Yeates (appearance *pro hac vice*)
myeates@ktmc.com
Tyler S. Graden (appearance *pro hac vice*)
tgraden@ktmc.com
**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

James E. Cecchi (appearance *pro hac vice*)
jcecchi@carellabyrne.com
Kevin G. Cooper (appearance *pro hac vice*)
kcooper@carellabyrne.com
**CARELLA, BYRNE, CECCHI,**
**OLSTEIN, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973)-994-1700
Facsimile: (973)-994-1744

*Counsel for Plaintiffs and the Proposed Class*