UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ADAM SAUL FUTO and JAMES BARTLEY ELLIS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. BANCORP; and U.S. BANCORP INVESTMENTS, INC.,<br><br>Defendants. | Case No. 0:25-cv-01464-ECT-DJF<br><br>**MEET AND CONFER STATEMENT REGARDING PLAINTIFFS' MOTION TO APPOINT INTERIM CO-LEAD COUNSEL** |

Plaintiffs Adam Saul Futo and James Bartley Ellis ("Plaintiffs") certify that their attorneys met and conferred with all parties to obtain their consent to present Plaintiffs' Motion to Appoint Interim Co-Lead Counsel ("Motion") to this Court as an unopposed motion. Specifically, on June 10, 2025, attorneys Catherine Sung-Yun K. Smith of Gustafson Gluek PLLC, Tyler S. Graden of Kessler Topaz Meltzer & Check, LLP, and Kevin Cooper of Carella, Byrne, Cecchi, Olstein, Brody, & Agnello, counsel for Plaintiffs, met and conferred by telephone with Peter G. Wilson of Katten Muchin Rosenman LLP, counsel for U.S. Bancorp and U.S. Bancorp Investments, Inc. On June 12, 2025, Mr. Wilson confirmed by email that U.S. Bancorp and U.S. Bancorp Investments, Inc. take no position with respect to Plaintiffs' Motion.

DATED: June 18, 2025	Respectfully submitted,

/s/*Catherine Sung-Yun K. Smith*
Catherine Sung-Yun K. Smith (#0353723)
csmith@gustafsongluek.com
Daniel E. Gustafson (#0202241)
dgustafson@gustafsongluek.com
Shashi K. Gowda (#0401809)
sgowda@gustafsongluek.com
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Tel.: (612) 333-8844


Joseph H. Meltzer (appearance *pro hac vice*)
jmeltzer@ktmc.com
Melissa L. Yeates (appearance *pro hac vice*)
myeates@ktmc.com
Tyler S. Graden (appearance *pro hac vice*)
tgraden@ktmc.com
**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056


James E. Cecchi (appearance *pro hac vice*)
jcecchi@carellabyrne.com
Kevin G. Cooper (appearance *pro hac vice*)
kcooper@carellabyrne.com
**CARELLA, BYRNE, CECCHI,**
**OLSTEIN, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973)-994-1700
Facsimile: (973)-994-1744


*Counsel for Plaintiffs and the Proposed Class*